Tania L. Whiteleather SBN 141227
Law Offices of Tania L. Whiteleather
5445 E. Del Amo Blvd. Ste 207
Lakewood, CA 90712
tel (562) 866-8755    fax (562) 866-6875
tlwhiteleather@gmail.com

Attorney for Plaintiff

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

M.S., a minor, by and through her Guardian Ad Litem, PEGGY SARTIN,

    Plaintiff,

v.

LAKE ELISNORE UNIFIED SCHOOL DISTRICT,

    Defendant.

CASE NO. EDCV 17-0095 CBM (SPx)

ORDER [37]

    The judge having read the Joint Stipulation Requesting Order for Dismissal hereby Orders that this case be dismissed with prejudice.

Dated: September 28, 2017

_____
Consuelo B. Marshall
UNITED STATES DISTRICT JUDGE